

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-14-00015-CV
_____

ALBENITA GONZALES, APPELLANT

V.

DOROTHY GONZALES, APPELLEE

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 62,319-B; Honorable John B. Board, Presiding

February 18, 2014

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Albenita Gonzales, perfected this appeal from the trial court's judgment in favor of Appellee, Dorothy Gonzales, in a suit involving the creation and operation of Canyon Caliche Pit, Inc. By letter dated January 22, 2014, this Court advised Appellant that a filing fee of $195 was overdue and also noted that failure to submit payment within ten days might result in dismissal of the appeal. Appellant has

not responded, paid the filing fee nor made other arrangements for the discharge of the clerk's filing fee.  *See* TEX. R. APP. P. 12.1(b).

Unless a party is excused from paying a filing fee, the Clerk of this Court is required to collect filing fees set by statute or the Texas Supreme Court when an item is presented for filing.  *See* TEX. R. APP. P. 5 and 12.1(b).  Although the filing of a notice of appeal invokes this Court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed.  TEX. R. APP. P. 25.1(b).

### COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

Pending before this Court is a request for an extension of time in which to file the reporter's record.  The basis for the request from the Official Court Reporter of the 181st District Court is that only partial payment has been made.  In light of our disposition of this appeal, the motion is rendered moot.

### CONCLUSION

Accordingly, this appeal is dismissed for failure to comply with a directive from this Court requiring action within a specified time.  TEX. R. APP. P. 42.3(c).

Patrick A. Pirtle
Justice

2